## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

WALTER ALEXANDER
CASTRO RUIZ,

                Petitioner,

       v.

TODD BLANCHE, et al.,

                Respondents.

Case No. 5:26-cv-03159-VBF-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the Petition; (2) respondents shall provide petitioner Walter Alexander Castro (A# 074-431-634) with an individualized bond hearing before a neutral decisionmaker pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this order, or shall release petitioner if

//

//

no bond hearing is held within seven days; and (3) respondents shall file a status report within ten days of the date of this order confirming that petitioner has received a bond hearing or has been released from respondents' custody.

Dated:  July 21, 2026

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE