JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WALTER ALEXANDER CASTRO RUIZ,
Petitioner,
v.
TODD BLANCHE, et al.,
Respondents.

Case No. 5:26-cv-03159-VBF-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: July 21, 2026

Valerie Baker Fairbank

H N R BLE V LERIE B KER F IRBANK
UNITED STATES DISTRICT JUDGE